# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOHN R. VAN ORDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:08CV512 FRB |
| | ) |
| ALAN BLAKE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 12(b)(6)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this  19th  Day of August, 2008.

_____
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE